# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTRANIK MINASSIAN, an individual; DANNY MINASSIAN, an individual; and MARIE MINASSIAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF MONTEBELLO, a public entity; and DOES 1 through 15, inclusive,<br><br>Defendants. | **Case No.: 2:19-cv-06769-MWF-MAA**<br><br>*Hon. Judge Michael W. Fitzgerald*<br>*U.S. District Court – Dept. 5A*<br><br>**ORDER GRANTING STIPULATION TO FILE SECOND AMENDED COMPLAINT**<br><br>Filing Date: August 5, 2019<br>Trial Date: March 2, 2021 |

Upon the stipulation of the parties, it is hereby ORDERED that Plaintiffs be GRANTED leave to file a Second Amended Complaint. The Second Amended Complaint shall be filed no later than JUNE 2, 2020.

**IT IS SO ORDERED.**

DATED: May 29, 2020      _____
MICHAEL W. FITZGERALD
United States District Judge

- 1 –

ORDER GRANTING STIPULATION TO FILE SECOND AMENDED COMPLAINT