1  **STEVEN J. ROTHANS – State Bar No. 106579**
   **JONATHAN D. REDFORD – State Bar No. 230389**
2  **CARPENTER, ROTHANS & DUMONT LLP**
   **500 South Grand Avenue, 19th Floor**
3  **Los Angeles, CA 90071**
   **(213) 228-0400; (213) 228-0401 [Fax]**
4  **srothans@crdlaw.com; jredford@crdlaw.com**

5  Attorneys for Defendant CITY OF MONTEBELLO, a public entity

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11 ANTRANIK MINASSIAN, an              )  Case No. 2:19-cv-06769-MWF-MAA
   individual; DANNY MINASSIAN, an     )
12 individual; and MARIE MINASSIAN,    )
   an individual,                      )  U.S. District Court Judge Michael W.
13                                      )  Fitzgerald
14                                      )
                Plaintiffs,            )  **DEFENDANT CITY OF**
15                                      )  **MONTEBELLO'S ANSWER TO**
        vs.                            )  **PLAINTIFFS' SECOND AMENDED**
16                                      )  **COMPLAINT FOR DAMAGES**
17                                      )
   CITY OF MONTEBELLO, a public        )
18 entity; WILLAM NAKAGAWA;            )
   OSCAR CHAVEZ; CHRISTOPHER            )
19 POWERS; and DOES 4 through 15,      )
   inclusive,                          )
20                                      )
21                                      )
                Defendants.            )
22                                      )
                                        )
23                                      )
                                        )
24 _____    )

25

26        COMES NOW Defendant CITY OF MONTEBELLO, a public entity, and

27 and hereby submits the following Answer to Plaintiffs ANTRANIK MINASSIAN,

28

---

-1-

DANNY MINASSIAN and MARIE MINASSIAN's Second Amended Complaint for Damages:

## **ADMISSIONS AND DENIALS**

1.      In response to paragraph 1 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

2.      In response to paragraph 2 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

3.      In response to paragraph 3 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

4.      In response to paragraph 4 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

5.      In response to paragraph 5 of the Second Amended Complaint for Damages, Defendant admits the allegations therein.

6.      In response to paragraph 6 of the Second Amended Complaint for Damages, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Second Amended Complaint for Damages.  As such, Defendant generally and specifically denies said allegations, and the whole thereof.

7.      In response to paragraph 7 of the Second Amended Complaint for Damages, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Second Amended Complaint for Damages.  As such, Defendant generally and specifically denies said allegations, and the whole thereof.

8.     In response to paragraph 8 of the Second Amended Complaint for Damages, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Second Amended Complaint for Damages.  As such, Defendant generally and specifically denies said allegations, and the whole thereof.

9.     In response to paragraph 9 of the Second Amended Complaint for Damages, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Second Amended Complaint for Damages.  As such, Defendant generally and specifically denies said allegations, and the whole thereof.

10.     In response to paragraph 10 of the Second Amended Complaint for Damages, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations regarding Officer Nakagawa acting with the complete authority and ratification of his principals and the City of Montebello and, as such, denies said allegations.  Defendant admits the remainder of the allegations contained in this paragraph.

11.     In response to paragraph 11 of the Second Amended Complaint for Damages, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations regarding Officer Chavez acting with the complete authority and ratification of his principals and the City of Montebello and, as such, denies said allegations.  Defendant admits the remainder of the allegations contained in this paragraph.

12.     In response to paragraph 12 of the Second Amended Complaint for Damages, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations regarding Officer Nakagawa acting with the complete authority and ratification of his principals and the City of Montebello and, as such, denies said allegations.  Defendant admits the remainder of the allegations contained in this paragraph.

13.     In response to paragraph 13 of the Second Amended Complaint for Damages, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the Second Amended Complaint for Damages.  As such, Defendant generally and specifically denies said allegations, and the whole thereof.

14.     In response to paragraph 14 of the Second Amended Complaint for Damages, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Second Amended Complaint for Damages.  As such, Defendant generally and specifically denies said allegations, and the whole thereof.

15.     In response to paragraph 15 of the Second Amended Complaint for Damages, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Second Amended Complaint for Damages.  As such, Defendant generally and specifically denies said allegations, and the whole thereof.

16.     In response to paragraph 16 of the Second Amended Complaint for Damages, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the Second Amended Complaint for Damages.  As such, Defendant generally and specifically denies said allegations, and the whole thereof.

17.     In response to paragraph 17 of the Second Amended Complaint for Damages, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Second Amended Complaint for Damages.  As such, Defendant generally and specifically denies said allegations, and the whole thereof.

///

///

///

18.     In response to paragraph 18 of the Second Amended Complaint for Damages, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Second Amended Complaint for Damages.  As such, Defendant generally and specifically denies said allegations, and the whole thereof.

19.     In response to paragraph 19 of the Second Amended Complaint for Damages, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Second Amended Complaint for Damages.  As such, Defendant generally and specifically denies said allegations, and the whole thereof.

20.     In response to paragraph 20 of the Second Amended Complaint for Damages, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the Second Amended Complaint for Damages.  As such, Defendant generally and specifically denies said allegations, and the whole thereof.

21.     In response to paragraph 21 of the Second Amended Complaint for Damages, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Second Amended Complaint for Damages.  As such, Defendant generally and specifically denies said allegations, and the whole thereof.

22.     In response to paragraph 22 of the Second Amended Complaint for Damages, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Second Amended Complaint for Damages.  As such, Defendant generally and specifically denies said allegations, and the whole thereof.

23.     In response to paragraph 23 of the Second Amended Complaint for Damages, Defendant admits the allegations therein.

///

24.     In response to paragraph 24 of the Second Amended Complaint for Damages, Defendant admits the allegations therein.

25.     In response to paragraph 25 of the Second Amended Complaint for Damages, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of the Second Amended Complaint for Damages.  As such, Defendant generally and specifically denies said allegations, and the whole thereof.

26.     In response to paragraph 26 of the Second Amended Complaint for Damages, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the Second Amended Complaint for Damages.  As such, Defendant generally and specifically denies said allegations, and the whole thereof.

27.     In response to paragraph 27 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

28.     In response to paragraph 28 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

29.     In response to paragraph 29 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

30.     In response to paragraph 30 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

31.     In response to paragraph 31 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

///

32.     In response to paragraph 32 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

33.     In response to paragraph 33 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

34.     In response to paragraph 34 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

35.     In response to paragraph 35 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

36.     In response to paragraph 36 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

37.     In response to paragraph 37 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

38.     In response to paragraph 38 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

39.     In response to paragraph 39 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

40.     In response to paragraph 40 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

///

41.     In response to paragraph 41 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

42.     In response to paragraph 42 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

43.     In response to paragraph 43 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

44.     In response to paragraph 44 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

45.     In response to paragraph 45 of the Second Amended Complaint for Damages, Defendant repeats and re-alleges each and every response to paragraphs 1 through 44 of the Second Amended Complaint for Damages as though fully set forth herein.

46.     In response to paragraph 46 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

47.     In response to paragraph 47 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

48.     In response to paragraph 48 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

49.     In response to paragraph 49 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

50.     In response to paragraph 50 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

51.     In response to paragraph 51 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

52.     In response to paragraph 52 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

53.     In response to paragraph 53 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

54.     In response to paragraph 54 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

55.     In response to paragraph 55 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

56.     In response to paragraph 56 of the Second Amended Complaint for Damages, Defendant repeats and re-alleges each and every response to paragraphs 1 through 55 of the Second Amended Complaint for Damages as though fully set forth herein.

57.     In response to paragraph 57 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

58.     In response to paragraph 58 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

59.     In response to paragraph 59 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

60.     In response to paragraph 60 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

61.     In response to paragraph 61 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

62.     In response to paragraph 62 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

63.     In response to paragraph 63 of the Second Amended Complaint for Damages, Defendant repeats and re-alleges each and every response to paragraphs 1 through 62 of the Second Amended Complaint for Damages as though fully set forth herein.

64.     In response to paragraph 64 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

65.     In response to paragraph 65 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

66.     In response to paragraph 66 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

67.     In response to paragraph 67 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

68.     In response to paragraph 68 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

69.     In response to paragraph 69 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

70.     In response to paragraph 70 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

71.     In response to paragraph 71 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

72.     In response to paragraph 72 of the Second Amended Complaint for Damages, Defendant repeats and re-alleges each and every response to paragraphs 1 through 71 of the Second Amended Complaint for Damages as though fully set forth herein.

73.     In response to paragraph 73 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

74.     In response to paragraph 74 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

75.     In response to paragraph 75 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

76.     In response to paragraph 76 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

77.     In response to paragraph 77 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

78.     In response to paragraph 78 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

79.     In response to paragraph 79 of the Second Amended Complaint for Damages, Defendant repeats and re-alleges each and every response to paragraphs 1 through 78 of the Second Amended Complaint for Damages as though fully set forth herein.

80.     In response to paragraph 80 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

81.     In response to paragraph 81 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

82.     In response to paragraph 82 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

83.     In response to paragraph 83 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

84.     In response to paragraph 84 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

85.     In response to paragraph 85 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

86.     In response to paragraph 86 of the Second Amended Complaint for Damages, Defendant repeats and re-alleges each and every response to paragraphs 1 through 85 of the Second Amended Complaint for Damages as though fully set forth herein.

87.     In response to paragraph 87 of the Second Amended Complaint for Damages, Defendant admits the allegations therein.

88.     In response to paragraph 88 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

89.     In response to paragraph 89 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

90.     In response to paragraph 90 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

91.     In response to paragraph 91 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

92.     In response to paragraph 92 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

93.     In response to paragraph 93 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

94.     In response to paragraph 94 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

///

95.     In response to paragraph 95 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

96.     In response to paragraph 96 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

97.     In response to paragraph 97 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

98.     In response to paragraph 98 of the Second Amended Complaint for Damages, Defendant repeats and re-alleges each and every response to paragraphs 1 through 97 of the Second Amended Complaint for Damages as though fully set forth herein.

99.     In response to paragraph 99 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

100.    In response to paragraph 100 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

101.    In response to paragraph 101 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

102.    In response to paragraph 102 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

103.    In response to paragraph 103 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

104.   In response to paragraph 104 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

105.   In response to paragraph 105 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

106.   In response to paragraph 106 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

107.   In response to paragraph 107 of the Second Amended Complaint for Damages, Defendant repeats and re-alleges each and every response to paragraphs 1 through 106 of the Second Amended Complaint for Damages as though fully set forth herein.

108.   In response to paragraph 108 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

109.   In response to paragraph 109 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

110.   In response to paragraph 110 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

111.   In response to paragraph 111 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

112.   In response to paragraph 112 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

113.   In response to paragraph 113 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

114.   In response to paragraph 114 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

115.   In response to paragraph 115 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

116.   In response to paragraph 116 of the Second Amended Complaint for Damages, Defendant repeats and re-alleges each and every response to paragraphs 1 through 115 of the Second Amended Complaint for Damages as though fully set forth herein.

117.   In response to paragraph 117 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

118.   In response to paragraph 118 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

119.   In response to paragraph 119 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

120.   In response to paragraph 120 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

121.   In response to paragraph 121 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

122.   In response to paragraph 122 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

123.   In response to paragraph 123 of the Second Amended Complaint for Damages, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

## AFFIRMATIVE DEFENSES

124.   As a first affirmative defense, Defendant asserts that the Plaintiffs' Second Amended Complaint for Damages, as a whole, fails to state facts sufficient to state claim(s) upon which relief can be granted as against this Defendant.

122.   As a second affirmative defense, Defendant asserts that the Second Amended Complaint for Damages, or any purported claim or cause of action alleged therein pursuant to federal or state law, is barred by the applicable statute of limitations.

123.   As a third affirmative defense, Defendant asserts that any damages which resulted to the decedent/Plaintiffs were caused by Second parties whose acts were superseding and intervening to any cause relating to this Defendant.

124.   As a fourth affirmative defense, Defendant asserts that any recovery on the Plaintiffs' Second Amended Complaint for Damages, or any purported claim or cause of action alleged therein, is barred in whole or in part by the decedent's/Plaintiffs' failure to mitigate their damages.

125.   As a fifth affirmative defense, Defendant asserts that any and all of the searches and/or seizures referred to in the Second Amended Complaint for Damages were conducted in good faith and in a reasonable manner and/or with the consent of the decedent/Plaintiffs.

///

///

126.   As an sixth affirmative defense, Defendant asserts that at no time did any individual defendant or any employee of the City of Montebello act with the purpose or intent of violating the civil rights of the decedent/Plaintiffs.

127.   As a seventh affirmative defense, Defendant asserts that Plaintiffs have failed to raise sufficient factual allegations of malice, oppression or fraud in order to justify an award or imposition of punitive damages against the individual defendants pursuant to the provisions of California Civil Code § 3294, the Federal Rules of Civil Procedure, and 42 U.S.C. §§ 1983 and 1988.

128.   As a eighth affirmative defense, Defendants assert that at all times mentioned in the Plaintiffs' Second Amended Complaint, any doe peace officer defendants are entitled to qualified immunity in that the officers acted reasonably and with a good faith belief that they were acting lawfully and as objectively reasonable police officers under all appropriate state and federal laws.

129.   As a ninth affirmative defense, Plaintiffs' Second Amended Complaint for Damages is barred by the equitable doctrine of estoppel, laches and unclean hands.

130.   As a tenth affirmative defense, Defendant asserts that Plaintiffs did not suffer any damage and/or any reasonably certain damage(s).

131.   As a eleventh affirmative defense, Defendant asserts that decedent/Plaintiffs' alleged damages, if any exist, were not proximately caused by the conduct of Defendant, as alleged or otherwise.

132.   As a twelfth affirmative defense, Defendant asserts that Plaintiffs' claims are barred because Plaintiffs lack standing.

133.   As a thirteenth affirmative defense, Defendant asserts that Plaintiffs' claims are barred by the doctrine of collateral estoppel and/or res judicata.

///

///

///

134.   As a fourteenth affirmative defense, Defendant asserts that to the extent that Plaintiffs' Second Amended Complaint for Damages seeks compensation for state tort claims, those claims and causes of action are barred in that the Plaintiffs have failed to properly comply with the provisions of the California Tort Claims Act in the filing of an appropriate Claim with a public entity prior to the initiation of the lawsuit, pursuant to the provisions of California Government Code §§ 900, 901, 910 and 911.2; furthermore, the Tort Claims submitted do not authorize the state torts set forth in the Second Amended Complaint for Damages.

135.   As a fifteenth affirmative defense, Defendant asserts that each of Plaintiffs' state law tort claims proffered in the Second Amended Complaint for Damages improperly based on factual circumstances not referenced in Plaintiffs' governmental Tort Claim are barred as a matter of law pursuant to the California Tort Claims Act and the holding in Fall River Joint Unified School Dist. v. Superior Court, 206 Cal.App.3d 431 (1988).

136.   As a sixteenth affirmative defense, Defendant asserts that at the time and place of the incident described in the Second Amended Complaint for Damages on file herein, and prior thereto, the decedent/Plaintiffs did not exercise ordinary care, caution or prudence to avoid or prevent the incident described in said Second Amended Complaint for Damages, and that said incident and damages, if any, sustained by the decedent/Plaintiffs in this action were proximately caused by the active or primary fault, carelessness, or negligence of the decedent/Plaintiffs.

137.   As a seventeenth affirmative defense, Defendant asserts that it and its peace officer employees are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense: Government Code §§ 815, 815.2, 815.4, 815.6, 818, 818.2, 818.4, 818.6, 820, 820.2, 820.4, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 822.2, 830.2, 830.5, 830.6, 835, 835.2, 835.4, 840, 840.2, 840.4, 840.6, 844.6, 845, 845.2, 845.6, 845.8, 846, 855.6, 855.8, 856 and 856.4; Civil Code §§ 43.55 and 47; and Penal Code §§836 and 1389, et seq., among others.

138.   As a eighteenth affirmative defense, Defendant asserts that the acts complained of by Plaintiffs were provoked by unlawful and wrongful conduct of the decedent, in that he willfully, maliciously, unlawfully, wrongfully and/or negligently resisted, delayed, obstructed, and otherwise interfered with the lawful orders of law enforcement officials, and purposefully resisted the detention, arrest and/or investigatory orders.

139.   As a nineteenth affirmative defense, Defendant asserts that at all times relevant to this litigation, the law enforcement officials acted objectively reasonable under the circumstances, and used reasonable force, if any force was used, in self-defense.

140.   As a twentieth affirmative defense, Defendant asserts that at all times relevant to this litigation, the law enforcement officials acted objectively reasonable under the circumstances, and used reasonable force, if any force was used, in defense of others.

141.   As a twenty-first affirmative defense, Defendant asserts that at all times relevant to this litigation, the law enforcement officials acted objectively reasonable under the circumstances, and used reasonable force, if any force was used, in overcoming resistance.

142.   As a twenty-second affirmative defense, Defendants assert that at all times relevant to this litigation, the law enforcement officials acted objectively reasonable under the circumstances, and used reasonable force, if any force was used, in preventing escape.

143.   As a twenty-third affirmative defendant, Defendant asserts that it did not owe a duty to Plaintiffs as described in Plaintiffs' Second Amended Complaint for Damages.

144.   As a twenty-fourth affirmative defense, Defendant asserts that Plaintiffs' claims are barred, in whole or in part, by the doctrines of comparative negligence and/or contributory negligence.

145.   This Defendant reserves the right to amend this Answer to include additional affirmative defenses that may become known.

WHEREFORE, this Defendant prays as follows:

1.     That the Plaintiffs take nothing by way of their Second Amended Complaint for Damages.

2.     That this Defendant recover the costs of suit incurred herein.

3.     That this Defendant recover its reasonable attorney's fees incurred herein.

4.     That the Court award such other and further relief as it deems just and proper.

DATED:  June 9, 2020          CARPENTER, ROTHANS & DUMONT LLP

By: _____/s/_____
        STEVEN J. ROTHANS
        JONATHAN D. REDFORD
        Attorneys for Defendant CITY OF
        MONTEBELLO, a public entity