1  GREG L. KIRAKOSIAN  (SBN 294580)
2  **KIRAKOSIAN LAW, APC**
   HISTORIC ENGINE CO. NO. 28
3  644 SOUTH FIGUEROA STREET
   LOS ANGELES, CALIFORNIA 90017-3411
4  TELEPHONE: (213) 417-9790
   FACSIMILE:  (213) 477-2355
5   [GREG@KIRAKOSIANLAW.COM]

6  Attorneys for Plaintiffs, *ANTRANIK MINASSIAN,*
7  *DANNY MINASSIAN,* and *MARIE MINASSIAN*

8

9  **STEVEN J. ROTHANS – State Bar No. 106579**
   **JONATHAN D. REDFORD – State Bar No. 230389**
10 **CARPENTER, ROTHANS & DUMONT LLP**
   **500 South Grand Avenue, 19th Floor**
11 **Los Angeles, CA 90071**
   **(213) 228-0400; (213) 228-0401 [Fax]**
12 **srothans@crdlaw.com; jredford@crdlaw.com**

13 Attorneys for Defendants CITY OF MONTEBELLO, a public entity, and
14 OFFICER OSCAR CHAVEZ, OFFICER WILLIAM NAKAGAWA and
   OFFICER CHRISTOPHER POWERS, public employees

15

16 **UNITED STATES DISTRICT COURT**

17 **CENTRAL DISTRICT OF CALIFORNIA**

18

19 ANTRANIK MINASSIAN, an
   individual; DANNY MINASSIAN, an
20 individual; and MARIE MINASSIAN,
   an individual,
21
             Plaintiffs,
22
        vs.
23
   CITY OF MONTEBELLO, a public
24 entity; WILLAM NAKAGAWA;
   OSCAR CHAVEZ; CHRISTOPHER
25 POWERS; and DOES 4 through 15,
   inclusive,
26
27           Defendants.
28

**Case No.: 2:19-cv-06769-MWF-MAA**

*Hon. Judge Michael W. Fitzgerald*
*U.S. District Court – Dept. 5A*

**JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES**

[*FILED CONCURRENTLY WITH PROPOSED ORDER*]

- 1 –

1  **TO THE HONORABLE JUDGE MICHAEL W. FITZGERALD:**

2        The parties, through their counsel of record, Greg Kirakosian for Plaintiffs

3  ANTRANIK MINASSIAN, DANNY MINASSIAN and MARIE MINASSIAN and

4  Steven J. Rothans and Jonathan D. Redford for Defendants CITY OF

5  MONTEBELLO, OFFICER OSCAR CHAVEZ, OFFICER OFFICER WILLIAM

6  NAKAGAWA and OFFICER CHRISTOPHER POWERS, hereby present the

7  following stipulation:

8        IT IS HEREBY STIPULATED between the parties, subject to Court approval,

9  that all dates, including trial and related dates, be extended as follows:

10

11                                          **CURRENT**              **PROPOSED**

12  Discovery cutoff            October 23, 2020        January 25, 2021
    Expert disclosure           November 3, 2020        February 2, 2021
13  Expert discovery cutoff     November 23, 2020       February 22, 2021
    Motion hearing cutoff       November 23, 2020       February 22, 2021
14  Pretrial Conference         February 8, 2021        May 10, 2021
15  Jury Trial                  March 2, 2021           June 8, 2021

16

17        The reasons and good cause for this Stipulation are set forth below:

18        The parties have been and still are actively engaged in discovery.  In particular,

19  Defendants still need to complete the depositions of the Plaintiffs and Plaintiffs still

20  need to complete the depositions of Montebello Fire Department personnel.  To date,

21  the Defendants have been unable to conduct said depositions on account of delays in

22  obtaining certain of Plaintiffs and decedent's records due to the COVID-19 pandemic

23  [which are needed to conduct full, thorough depositions].  Moreover, Plaintiffs seek to

24  conduct the deposition of public employees, whose attendance at deposition has been

25  difficult to pin down due to the current pandemic.  Defendants and Plaintiffs would be

26  unduly prejudiced if they were unable to conduct the depositions referenced above and

27  other pertinent discovery due to an ongoing pandemic over which they have no

28

**JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES**

1  control.  Extending the dates in this matter for a short period of time would give the

2  parties additional time to conduct the remaining discovery that needs to be completed

3  in this matter.

4         Because of the foregoing, the parties request that the Court extend the

5  previously set deadlines in this matter.  The parties respectfully submit that extending

6  all scheduled dates by approximately three months for discovery, motion related

7  issues and trial, to permit the parties to continue discovery which is underway and

8  ongoing, will promote judicial efficiency.  The request is not being made for any

9  dilatory purpose.  No prior continuances have been requested or granted in this matter.

10  IT IS SO STIPULATED.

11

12   DATED:  October 6, 2020                    **KIRAKOSIAN LAW, APC**

13

14

15                                          By: _____/s/_____
                                               GREG L. KIRAKOSIAN
16                                             Attorneys for Plaintiffs
                                               *ANTRANIK MINASSIAN, DANNY*
17                                             *MINASSIAN,* and *MARIE MINASSIAN*

18

19  DATED:  October 5, 2020                    CARPENTER, ROTHANS & DUMONT LLP

20

21                                          By: _____/s/_____
                                               STEVEN J. ROTHANS
22                                             JONATHAN D. REDFORD
                                               Attorneys for Defendants
23

24

25

26

27

28

- 3 –

**JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES**