**STEVEN J. ROTHANS – State Bar No. 106579**
**JONATHAN D. REDFORD – State Bar No. 230389**
**CARPENTER, ROTHANS & DUMONT LLP**
500 South Grand Avenue, 19th Floor
Los Angeles, CA 90071
(213) 228-0400; (213) 228-0401 [Fax]
srothans@crdlaw.com; jredford@crdlaw.com

Attorneys for Defendants CITY OF MONTEBELLO, a public entity, and OFFICER OSCAR CHAVEZ, OFFICER WILLIAM NAKAGAWA and OFFICER CHRISTOPHER POWERS, public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTRANIK MINASSIAN, an individual; DANNY MINASSIAN, an individual; and MARIE MINASSIAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF MONTEBELLO, a public entity; WILLAM NAKAGAWA; OSCAR CHAVEZ; CHRISTOPHER POWERS; and DOES 4 through 15, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-06769-FLA-MAA<br><br>*Hon. Judge Fernando L. Aenlle-Rocha*<br>*U.S. District Court – Dept. 6B*<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT:

Please take notice that the parties in the above-entitled matter have agreed to settle all claims in this action.  A dismissal of the entire action as to all parties will be filed once the settlement process is completed and there will be no future hearings in this matter.

- 2 –

| | | |
|---|---|---|
| 1 | DATED:  March 1, 2021 | CARPENTER, ROTHANS & DUMONT LLP |

By: _____/s/_____
STEVEN J. ROTHANS
JONATHAN D. REDFORD
Attorneys for Defendants